PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

```
┌─────────────────────────────────────┐
│              FILED                   │
│     CLERK, U.S. DISTRICT COURT       │
│                                      │
│          Sept 16, 2019               │
│                                      │
│   CENTRAL DISTRICT OF CALIFORNIA     │
│   BY:        KT        DEPUTY        │
└─────────────────────────────────────┘
```

U.S.A.   VS.   Jessica Godoy Ramos                                    Docket No.:   CR17-00671-DMG

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jessica Godoy Ramos who was placed on supervision by the Honorable DOLLY M. GEE sitting in the Court at Los Angeles, California, on the 18th day of April, 2018, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 18, 2019, Ms. Jessica Godoy Ramos submitted a urine specimen which, upon initial laboratory analysis returned positive for the presence of fentanyl. She is in need of closer monitoring to detect the use of illicit substance and to provide intervention.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer.   The offender shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

The defendant shall refrain from any unlawful use of a controlled substance.   The defendant shall submit to one drug test within 15 days of release on supervised release from imprisonment/placement of probation and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer.

ORDER OF COURT

Considered and ordered this 16th day of Sept., 2019 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE DOLLY M. GEE

Respectfully,

CYNTHIA M CARR    /S/
_____
U. S. Probation & Pretrial Services Officer

Place:    Santa Fe Springs, California

Approved: GRACIELA GUDIÑO    /S/
_____
Supervising U.S. Probation & Pretrial Services Officer

Date:    September 13, 2019